B and H Miracle, LLC, a Florida
limited liability company;
FRANCIS L. BAKER, an
individual and JAMES E.
HOLLIS, SR., an individual,

      Appellants,

v.

WELLS FARGO BANK, N.A., a
national banking association f/k/a
WACHOVIA BANK, N.A., a
national banking association,

      Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3549

Opinion filed October 11, 2017.

An appeal from an order of the Circuit Court for Lafayette County.
Darren K. Jackson, Judge.

Stephen C. Bullock of Brannon, Brown, Haley, & Bullock, P.A., Lake City, for
Appellants.

Marie Tomassi and Stephanie C. Lieb of Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill & Mullis, P.A., Tampa, for Appellee.


PER CURIAM.

      Appellants challenge several aspects of a deficiency judgment. We reverse the

award of attorney's fees for lack of proof, and otherwise affirm the judgment.

Though Appellee claimed to have filed affidavits supporting its plea for attorney's fees at the hearing, no such affidavits appear in the record. In fact, the record is devoid of any evidence supporting the award of attorney's fees. In cases such as this where the record contains no competent substantial evidence of fees, the award is properly reversed without remand for taking additional evidence. *Freiman v. Nat'l City Mortg. Co.*, 183 So. 3d 1111, 1112-13 (Fla. 4th DCA 2015). Accordingly, we reverse the award of attorney's fees without allowing further proceedings. We remand only for the trial court to correct the judgment to reflect that the amount of the deficiency is $221,233.50.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.